THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUNESHIA RAWLS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | Case No. 2:20-cv-01538-RSM<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO EXTEND CASE MANAGEMENT DEADLINES** |

## I.   STIPULATION

Pursuant to LCR 7(j), Plaintiff QUNESHIA RAWLS, through her counsel, Frank Freed Subit & Thomas, LLP and Anderson Alexander, PLLC,, and Defendant CONVERGENT OUTSOURCING INC., through its counsel Jackson Lewis P.C., hereby stipulate and jointly move this Court for an order under LCR 7(j) extending the deadline for Defendant to file and serve its Response to Plaintiff's Complaint from November 20, 2020, to December 4, 2020, and extending all other case management deadlines by two weeks.

This Stipulation is based upon the following, and the parties agree:

1. That this is the first request for an extension of time.

2. That this request is made in good faith and not for the purpose of delay.

3. That nothing in this Stipulation, nor the fact of entering the same, shall be construed as waiving any claim and/or defense held by any party.

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO
COMPLAINT AND CASE MANAGEMENT DEADLINES - 1
(Case No. 2:20-cv-00888-RAJ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

**IT IS SO STIPULATED.**

DATED this 19th day of November, 2020.

FRANK FREED SUBIT & THOMAS LLP          JACKSON LEWIS P.C.

By:   */s/ Michael C. Subit*                            By:   */s/ Peter H. Nohle*
    Michael C. Subit, WSBA #40801              Peter H. Nohle, WSBA # 35849
    Marc C. Cote WSBA #39824                    Daniel P. Crowner, WSBA #37136
    705 Second Avenue, Suite 1200               520 Pike Street, Suite 2300
    Seattle, WA 98104                                       Seattle, WA 98101
    Telephone: 206-682-6711                          Telephone:  206-405-0404
    msuibt@frankfreed.com                             Peter.Nohle@jacksonlewis.com
    mcote@frankfreed.com                              Daniel.Crowner@jacksonlewis.com

    Attorneys for Plaintiff and Putative Class      Attorneys for Defendant
    Members

ANDERSON ALEXANDER, PLLC


By:   */s/ Clif Alexander*
    Clif Alexander (*Pro Hac Vice Anticipated*)
    Texas Bar No. 24064805
    Austin Anderson (*Pro Hac Vice Anticipated*)
    Texas Bar No. 24045189
    819 N. Upper Broadway
    Corpus Christi, TX 78401
    Telephone: 361-452-1279
    clif@a2xlaw.com
    austin@a2xlaw.com

    Attorneys for Plaintiff and Putative Class
    Members

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND CASE MANAGEMENT DEADLINES - 2
(Case No. 2:20-cv-00888-RAJ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## II.  ORDER

Pursuant to the above stipulation, it is SO ORDERED.

DATED this 19th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

4819-8710-1138, v. 1

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND CASE MANAGEMENT DEADLINES - 3
(Case No. 2:20-cv-00888-RAJ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404