THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUNESHIA RAWLS, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>   v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>                      Defendant. | Case No.  2:20-cv-01538-RSM<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## I.      STIPULATION

Pursuant to LCR 7, Plaintiff QUNESHIA RAWLS and the opt-in Plaintiffs, by and through their counsel, Frank Freed Subit & Thomas, LLP and Anderson Alexander, PLLC, and Defendant CONVERGENT OUTSOURCING INC., by and through its counsel, Jackson Lewis P.C., hereby stipulate and jointly move this Court for an order extending the deadline for Defendant to file and serve its Response to Plaintiff's Complaint from December 4, 2020, to January 8, 2021, so that the parties can engage in good faith efforts to explore the resolution of this action (the parties have already contacted the Court and obtained an extension of all other case management deadlines by six weeks).

The parties stipulate that good cause exists under LCR 7, Fed. R. Civ. P 16(b)(2), and LCR 16(b) to continue the above-referenced deadlines because the parties have agreed to engage in a near term, good faith exploration of a resolution of this matter that could obviate any further

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO
COMPLAINT - 1
(Case No. 2:20-cv-00888-RAJ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

proceedings. The parties likewise stipulate that the requested extension promotes the policy supporting the voluntary resolution of disputes and preservation of judicial resources, and would facilitate an orderly administration of justice.

This Stipulation is based upon the following, and the parties agree:

1.    That this is only the second request for an extension of time.

2.    That this request is made in good faith and not for the purpose of delay.

3.    That nothing in this Stipulation, nor the fact of entering the same, shall be construed as waiving any claim and/or defense held by any party.

**IT IS SO STIPULATED.**

DATED this 3rd day of December, 2020.


FRANK FREED SUBIT & THOMAS LLP          JACKSON LEWIS P.C.


By:    */s/ Michael C. Subit*               By:    */s/ Peter H. Nohle*
    Michael C. Subit, WSBA #40801               Peter H. Nohle, WSBA # 35849
    Marc C. Cote WSBA #39824                    Daniel P. Crowner, WSBA #37136
    705 Second Avenue, Suite 1200               520 Pike Street, Suite 2300
    Seattle, WA 98104                           Seattle, WA 98101
    Telephone: 206-682-6711                     Telephone: 206-405-0404
    msuibt@frankfreed.com                       Peter.Nohle@jacksonlewis.com
    mcote@frankfreed.com                        Daniel.Crowner@jacksonlewis.com

    Attorneys for Plaintiff and Putative Class      Attorneys for Defendant
    Members

ANDERSON ALEXANDER, PLLC


By:    */s/ Clif Alexander*
    Clif Alexander (*Pro Hac Vice Anticipated*)
    Texas Bar No. 24064805
    Austin Anderson (*Pro Hac Vice Anticipated*)
    Texas Bar No. 24045189
    819 N. Upper Broadway

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO
COMPLAINT - 2
(Case No. 2:20-cv-00888-RAJ)

Corpus Christi, TX 78401
Telephone: 361-452-1279
clif@a2xlaw.com
austin@a2xlaw.com

Attorneys for Plaintiff and Putative Class
Members

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO
COMPLAINT - 3
(Case No. 2:20-cv-00888-RAJ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## II.     ORDER

Pursuant to the above stipulation, it is SO ORDERED.


DATED this 4th day of December, 2020.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO
COMPLAINT - 4
(Case No. 2:20-cv-00888-RAJ)