THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUNESHIA RAWLS, individually and on behalf of all others similarly situated,<br><br>                                 Plaintiffs,<br><br>        v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>                                 Defendant. | Case No.  2:20-cv-01538-RSM<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## I.      STIPULATION

Pursuant to LCR 7, Plaintiff QUNESHIA RAWLS and the opt-in Plaintiffs, by and through their counsel, Frank Freed Subit & Thomas, LLP and Anderson Alexander, PLLC, and Defendant CONVERGENT OUTSOURCING INC., by and through its counsel, Jackson Lewis P.C., hereby stipulate and jointly move this Court for an order extending the deadline for Defendant to file and serve its Response to Plaintiff's Complaint from January 8, 2021, to March 19, 2021, so that the parties can continue their efforts to engage in good faith efforts to explore the resolution of this action. The parties are in the process of negotiating a confidentiality agreement and exchange of documents and information to further their resolution efforts, as well as securing a date for mediation in or about May 2021, in the event their direct efforts at negotiating a resolution fail.

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

The parties stipulate that good cause exists under LCR 7, Fed. R. Civ. P 16(b)(2), and LCR 16(b) to continue the above-referenced deadlines because the parties have agreed to engage in a near term, good faith exploration of a resolution of this matter that could obviate any further proceedings.  The parties likewise stipulate that the requested extension promotes the policy supporting the voluntary resolution of disputes and preservation of judicial resources, and would facilitate an orderly administration of justice. Furthermore, Defendant's lead counsel is the sole caregiver for a family member who had lung surgery for cancer in August 2020, and who has been suffering from Covid-19 and related complications since early December 2020, with those family duties impeding the parties' ability to move forward with resolution efforts late last year, following their earlier extension.

This Stipulation is based upon the following, and the parties agree:

1.      That this request is made in good faith and not for the purpose of delay.

2.      That nothing in this Stipulation, nor the fact of entering the same, shall be construed as waiving any claim and/or defense held by any party.

**IT IS SO STIPULATED.**

DATED this 8th day of January, 2021.


FRANK FREED SUBIT & THOMAS LLP          JACKSON LEWIS P.C.


By:____*/s/ Michael C. Subit*_____          By:_____*/s/ Peter H. Nohle*_____
    Michael C. Subit, WSBA #40801                    Peter H. Nohle, WSBA # 35849
    Marc C. Cote WSBA #39824                         Daniel P. Crowner, WSBA #37136
    705 Second Avenue, Suite 1200                    520 Pike Street, Suite 2300
    Seattle, WA 98104                                Seattle, WA 98101
    Telephone: 206-682-6711                          Telephone:  206-405-0404
    msuibt@frankfreed.com                            Peter.Nohle@jacksonlewis.com
    mcote@frankfreed.com                             Daniel.Crowner@jacksonlewis.com

    Attorneys for Plaintiff and Putative Class       Attorneys for Defendant
    Members

1   ANDERSON ALEXANDER, PLLC

2

3   By:    /s/ Clif Alexander

4       Clif Alexander (*Pro Hac Vice Anticipated*)

5       Texas Bar No. 24064805
        Austin Anderson (*Pro Hac Vice*

6       *Anticipated*)
        Texas Bar No. 24045189

7       819 N. Upper Broadway
        Corpus Christi, TX 78401

8       Telephone: 361-452-1279

9       clif@a2xlaw.com
        austin@a2xlaw.com

10
        Attorneys for Plaintiff and Putative Class

11      Members

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO
COMPLAINT - 3
(Case No. 2:20-cv-00888-RSM)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## II.    ORDER

Pursuant to the above stipulation, it is SO ORDERED.


DATED this 11th day of January, 2021.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO
COMPLAINT - 4
(Case No. 2:20-cv-00888-RSM)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404