THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUNESHIA RAWLS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | Case No. 2:20-cv-01538-RSM<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## I.     STIPULATION

Pursuant to LCR 7, Plaintiff QUNESHIA RAWLS and the opt-in Plaintiffs, by and through their counsel, Frank Freed Subit & Thomas, LLP and Anderson Alexander, PLLC, and Defendant CONVERGENT OUTSOURCING INC., by and through its counsel, Jackson Lewis P.C., hereby stipulate and jointly move this Court for an order extending the deadline for Defendant to file and serve its Response to Plaintiff's Complaint and extending all other case management deadlines accordingly.

**The parties have secured a May 14, 2021, mediation date with mediator Michael Russell, where they plan to work in good faith to achieve an early resolution of this matter**. The parties seek to avoid the time, effort, and costs associated with ongoing litigation pending the results of their efforts to resolve this matter; and according, ask this Court to further extend the above deadlines.

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT - 1
(Case No. 2:20-cv-00888-RAJ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

Specifically, the parties request that the Court extent the current deadline for Defendant to file and serve its Response to Plaintiff's Complaint from March 19, 2021, to May 28, 2021 (i.e., two weeks after the above referenced mediation) so that the parties can continue their efforts to engage in good faith efforts to explore the resolution of this action. In furtherance of their efforts, and in addition to scheduling the above-referenced mediation with Michael Russell, the parties have negotiated a confidentiality agreement and are in the process of exchanging documents and information to further their resolution efforts and prepare for mediation.

The parties stipulate that good cause exists under LCR 7, Fed. R. Civ. P 16(b)(2), and LCR 16(b) to continue the above-referenced deadlines because the parties have agreed to engage in a near term, good faith exploration of a resolution of this matter that could obviate any further proceedings. The parties likewise stipulate that the requested extension promotes the policy supporting the voluntary resolution of disputes and preservation of judicial resources, and would facilitate an orderly administration of justice.

This Stipulation is based upon the following, and the parties agree:

1. That this request is made in good faith and not for the purpose of delay.

2. That nothing in this Stipulation, nor the fact of entering the same, shall be construed as waiving any claim and/or defense held by any party.

**IT IS SO STIPULATED.**

DATED this 18th day of March, 2021.

FRANK FREED SUBIT & THOMAS LLP          JACKSON LEWIS P.C.

By:  */s/ Michael Subit*                By:  */s/ Peter H. Nohle*
  Michael C. Subit, WSBA #40801            Peter H. Nohle, WSBA # 35849
  Marc C. Cote WSBA #39824                 Daniel P. Crowner, WSBA #37136
  705 Second Avenue, Suite 1200            520 Pike Street, Suite 2300
  Seattle, WA 98104                        Seattle, WA 98101
  Telephone: 206-682-6711                  Telephone:  206-405-0404
  msuibt@frankfreed.com                    Peter.Nohle@jacksonlewis.com
  mcote@frankfreed.com                     Daniel.Crowner@jacksonlewis.com

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT - 2
(Case No. 2:20-cv-00888-RAJ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| | |
|---|---|
| Attorneys for Plaintiff and Putative Class Members | Attorneys for Defendant |

ANDERSON ALEXANDER, PLLC

By:   */s/ Clif Alexander*
    Clif Alexander (*Pro Hac Vice Anticipated*)
    Texas Bar No. 24064805
    Austin Anderson (*Pro Hac Vice Anticipated*)
    Texas Bar No. 24045189
    819 N. Upper Broadway
    Corpus Christi, TX 78401
    Telephone: 361-452-1279
    clif@a2xlaw.com
    austin@a2xlaw.com

Attorneys for Plaintiff and Putative Class Members

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT - 3
(Case No. 2:20-cv-00888-RAJ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## II.     ORDER

Pursuant to the above stipulation, it is SO ORDERED.

DATED this 23rd day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT - 4
(Case No. 2:20-cv-00888-RAJ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404