THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUNESHIA RAWLS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | Case No.  2:20-cv-01538-RSM<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## I.      STIPULATION

Pursuant to LCR 7, Plaintiff QUNESHIA RAWLS and the opt-in Plaintiffs, by and through their counsel, Frank Freed Subit & Thomas, LLP and Anderson Alexander, PLLC, and Defendant CONVERGENT OUTSOURCING INC., by and through its counsel, Jackson Lewis P.C., hereby stipulate and jointly move this Court for an order extending the deadline for Defendant to file and serve its Response to Plaintiff's Complaint and extending all other case management deadlines accordingly.

The parties have continued in their efforts at exploring an early negotiated resolution; and to that end, Convergent has produced and the parties have analyzed substantial time, pay, and related data for the putative collective/class outlined in the Complaint. The parties had to continue their previously scheduled mediation date with mediator Michael Russell (August 11, 2021), but have rescheduled their mediation for the earliest mutually convenient alternate date available,

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT - 1
(Case No. 2:20-cv-00888-RAJ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

October 7, 2021, where they plan to work in good faith to achieve an early resolution of this matter. The parties seek to avoid the time, effort, and costs associated with ongoing litigation pending the results of their efforts to resolve this matter; and according, ask this Court to further extend the above deadlines.

Specifically, the parties request that the Court extent the current deadline for Defendant to file and serve its Response to Plaintiff's Complaint from August 25, 2021, until October 21, 2021 (i.e., two weeks after the above referenced mediation) so that the parties can continue their efforts to engage in good faith efforts to explore the resolution of this action.

The parties stipulate that good cause exists under LCR 7, Fed. R. Civ. P 16(b)(2), and LCR 16(b) to continue the above-referenced deadlines because the parties have agreed to engage in a near term, good faith exploration of a resolution of this matter that could obviate any further proceedings.  The parties likewise stipulate that the requested extension promotes the policy supporting the voluntary resolution of disputes and preservation of judicial resources, and would facilitate an orderly administration of justice.

This Stipulation is based upon the following, and the parties agree:

1. That this request is made in good faith and not for the purpose of delay.

2. That nothing in this Stipulation, nor the fact of entering the same, shall be construed as waiving any claim and/or defense held by any party.

**IT IS SO STIPULATED.**

///

///

///

///

///

///

///

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO
COMPLAINT - 2
(Case No. 2:20-cv-00888-RAJ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1  DATED this 19th day of August 2021.

2  FRANK FREED SUBIT & THOMAS LLP          JACKSON LEWIS P.C.

3  By: */s/ Michael Subit*                  By: */s/ Peter H. Nohle*
   Michael C. Subit, WSBA #40801               Peter H. Nohle, WSBA # 35849
4  Marc C. Cote WSBA #39824                    Daniel P. Crowner, WSBA #37136
5  705 Second Avenue, Suite 1200               520 Pike Street, Suite 2300
   Seattle, WA 98104                           Seattle, WA 98101
6  Telephone: 206-682-6711                     Telephone: 206-405-0404
   msuibt@frankfreed.com                       Peter.Nohle@jacksonlewis.com
7  mcote@frankfreed.com                        Daniel.Crowner@jacksonlewis.com

8  Attorneys for Plaintiff and Putative Class   Attorneys for Defendant
9  Members

10

11 ANDERSON ALEXANDER, PLLC

12

13 By: */s/ Clif Alexander*
   Clif Alexander (*Pro Hac Vice*
14 *Anticipated*)
   Texas Bar No. 24064805
15 Austin Anderson (*Pro Hac Vice*
16 *Anticipated*)
   Texas Bar No. 24045189
17 819 N. Upper Broadway
   Corpus Christi, TX 78401
18 Telephone: 361-452-1279
   clif@a2xlaw.com
19 austin@a2xlaw.com

20
   Attorneys for Plaintiff and Putative Class
21 Members

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO
COMPLAINT - 3
(Case No. 2:20-cv-00888-RAJ)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## II. ORDER

Pursuant to the above stipulation, it is SO ORDERED.

DATED this 25th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT - 4
(Case No. 2:20-cv-00888-RAJ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404